# CLERK'S COURTROOM MINUTE SHEET

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:25-cr-20003-HLT |
| MIGUEL ANGEL LOPEZ MARTINEZ, | |
| Defendant. | |

**Attorney for Plaintiff:** Chris Oakley
**Attorney for Defendant:** David Guastello

| JUDGE: | District Judge Holly L. Teeter | DATE: | 8/19/2025 |
|---|---|---|---|
| CLERK: | Misty Deaton | TAPE/REPORTER: | Kristina Scott |
| INTERPRETER: | Rosario Garriga | PROBATION: | Paula Heschmeyer for Cassidi Lundell |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663     $ _____ on count(s)
                                          $ _____ on count(s)

☐ **Total Restitution:**                  $ _____

☐ Defendant Fined                         $ _____ on count(s)
                                          $ _____ on count(s)

☐ **Total Fine:**                         $ _____

☒ Defendant Assessed under 18:3013        $     100.00 on count(s)
                                          $ _____ on count(s)

☒ **Total Assessment:**                   $     100.00

☒ Count(s) _____ dismissed by the court on the motion of the United States.
☒ Government  ☒ Defendant  - Advised of right to appeal
☐ Defendant to voluntarily surrender:
☒ Defendant remanded to custody
☐ Stay of Execution  ☐ Granted  ☐ Denied
☒ Notes: Defendant and counsel appear in person. Interpreter sworn in. The Court confirms that Defendant received and reviewed with counsel the Presentence Investigation Report. Doc. 20. Defendant has no objections. The Court **GRANTS** the government's departure motion (Doc. 19) for reasons as set forth in the full record.